1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDWARDS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.5:21-cv-00716-MWF-KKx<br><br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>[PROPOSED] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: February 8, 2021<br>FAC Filed: June 1, 2021<br>SAC Filed: August 4, 2021 |

## **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves the attached Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: __December 20__, 2021     By: _____
Honorable Kenly Kiya Kato
United States District Court
Magistrate Judge

---

1
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

78041213v.1