UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **5:21-cv-00716-MWF (KKx)**                                         Dated: **September 29, 2022**

Title:    **RYAN EDWARDS  -v- COSTCO WHOLESALE CORPORATION**

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Damon Berry                                                None Present
Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                               None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [40] filed September 28, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for  November 21, 22  at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk   dbe
CIVIL - GEN